*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CARL COLLINS, JR.                                                                                           PLAINTIFF

vs.                                      CASE NO. 1:05cv00049 JMM

RAYMOND T. REES                                                                                         DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled January 22, 2007, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 8th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE